**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter __**7**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Electric Drive Transportation Association** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **EDTA** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1665058** |

4. **Debtor's address**

**Principal place of business**

**1250 I Street NW**
**Suite 902**
**Washington, DC 20005**
Number, Street, City, State & ZIP Code

**District of Columbia**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    **www.electricdrive.org**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Electric Drive Transportation Association**          Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **8139**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Electric Drive Transportation Association**     Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency _____

            Contact name _____

            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**     *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Electric Drive Transportation Association**                                    Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Electric Drive Transportation Association | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 8, 2026
           MM / DD / YYYY

X _Genevieve Cullen_        Genevieve Cullen
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

X   **/s/ *David W. Gaffey***            Date   July 8, 2026
Signature of attorney for debtor                   MM / DD / YYYY

**David W. Gaffey**
Printed name

**Whiteford, Taylor & Preston LLP**
Firm name

3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042-4510
Number, Street, City, State & ZIP Code

Contact phone    703-280-3374        Email address    dgaffey@whitefordlaw.com

**VA 031 (D.D.C.) DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Electric Drive Transportation Association

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☒   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒   Schedule H: Codebtors (Official Form 206H)

☒   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 8, 2026      X _Genevieve Cullen_
                                     Signature of individual signing on behalf of debtor

                                     Genevieve Cullen
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Electric Drive Transportation Association**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ **34,068.65**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ **34,068.65**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **1,884,030.28**

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b     $ **1,884,030.28**

**Fill in this information to identify the case:**

Debtor name   **Electric Drive Transportation Association**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Capital One Bank** | **Checking** | 8483 | **$0.00** |
| 3.2. | **Capital One Bank** | **Savings** | 2835 | **$2,444.90** |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**          **$2,444.90**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:        Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:        Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor  **Electric Drive Transportation Association**          Case number *(If known)* _____

Name

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See Addendum** | **$0.00** | | **$31,623.75** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$31,623.75** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

Debtor   **Electric Drive Transportation Association**
         Name

Case number *(If known)* _____

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **1250 I Street NW, Suite 902, Washington, DC 20005** | **Lease** | | | **$0.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | **$0.00** |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Go Electric Drive  Goelectricdrive.org** | **$0.00** | | **$0.00** |
| 61. **Internet domain names and websites** **Electric Drive Transportation Association Electricdrive.org** | **$0.00** | | **$0.00** |
| **World Electric Vehicle Association worldelectricvehicleassociation.org** | **$0.00** | | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

| Debtor | **Electric Drive Transportation Association** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

66.     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
☑ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Electric Drive Transportation Association**                     Case number *(If known)* _____
        Name

---

Part 12:  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,444.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,623.75 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,068.65 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $34,068.65 |

---

Schedule A/B: Assets

Deposits and Prepayments

Part 2 - Item 8.1

| Insurance Company | Type | Amount Paid | Period | Amount per Month | Prepaid Remaining |
|---|---|---|---|---|---|
| ACO Insurance | Cyber | $1,663.00 | 5/1/2026 to 4/30/2026 | $138.58 | $277.17 |
| Travelers Insurance | Fidelity & Crime | $633.00 | 11/3/2025 to 11/3/2026 | $52.75 | $211.00 |
| Erie Insurance | Business Catastrophe | $2,420.00 | 12/31/2025 to 12/31/2026 | $201.67 | $1,210.00 |
| Erie Insurance | Workers Compensation | $1,646.00 | 12/31/2025 to 12/31/2026 | $137.17 | $823.00 |
| Erie Insurance | Business Liability | $2,034.00 | 12/31/2025 to 12/31/2026 | $169.50 | $1,017.00 |
| Hartford Insurance | D&O Insurance | $5,373.00 | 12/31/2025 to 12/31/2026 | $447.75 | $2,686.50 |
| **Total** | | | | | **$6,224.67** |
| Office Rent Deposit | | | | | $27,089.38 |
| **Total prepay and deposits** | | | | | **$33,314.05** |

**Electric Vehicle Association of the Americas**
**Depreciation Table**
**9/30/2024**

| Date Aquired | Description | Cost | Class Sub-Total | Dep Class | 9/30/2014 ad | 9/30/2014 Balance | 9/30/2018 ad | 9/30/2018 balance | 9/30/2019 ad | 9/30/2019 balance | 9/30/2020 ad | 9/30/2020 balance | 9/30/2021 ad | 9/30/2022 ad | 9/30/2022 balance | 9/30/2023 balance | 9/30/2024 2024 dep exp balance | | 9/30/2025 2025 dep exp balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **D.C. OFFICE** | | | | | | | | | | | | | | | | | | | |
| | ***Computers*** | | | | | | | | | | | | | | | | | | | |
| 2/23/2011 | EDTA-110131EMutual Analytics | 2,000.00 | | 3yr S/L | 2,000.00 | - | | | | | | | | | | | | | | |
| 2/23/2011 | EDTA-110131EMutual Analytics | 2,000.00 | | 3yr S/L | 2,000.00 | - | | | | | | | | | | | | | | |
| | 02/20/2012 Computers services for new office | 7,530.00 | | 3yr S/L | 6,484.17 | 1,045.83 | | | | | | | | | | | | | | |
| | 02/28/2012 Transformer and Keyboard | 682.48 | | 3yr S/L | 587.69 | 94.79 | | | | | | | | | | | | | | |
| | 03/14/2012 iPad | 570.28 | | 3yr S/L | 491.07 | 79.21 | | | | | | | | | | | | | | |
| | 12/21/2011 Mutual Analytics-Computer Equipment | 12,837.40 | | 3yr S/L | 11,767.62 | 1,069.78 | | | | | | | | | | | | | | |
| | 05/17/2013 Lap Top Computer (Amy) | 1,034.99 | | 3yr S/L | 488.75 | 546.24 | | | | | | | | | | | | | | |
| 01/03/2014 | IPAD Mini | 983.63 | | 3yr S/L | 245.91 | 737.72 | | | | | | | | | | | 1,694.25 | 5,082.75 | 2,259.00 | 2,823.75 |
| 10/31/2023 | 12/07/2023 | 6,777.00 | | 3yr S/L | - | | | | | | | | | | | | 3200 | 35,200.00 | 6,400.00 | 28,800.00 |
| | new website | 38,400.00 | | 6yr S/L | - | 38,400.00 | | | | | | | | | | | | | | |
| | | | | | - | - | | | | | | | | | | | | | | |
| | | | 72,815.78 | | - | - | | | | | | | | | | | | | | |
| | | | | | - | - | | | | | | | | | | | | | | |
| | ***Computer Software*** | | | | - | - | | | | | | | | | | | | | | |
| | | | | | - | - | | | | | | | | | | | | | | |
| | | | - | | - | - | | | | | | | | | | | | | | |
| | ***Furniture & Equipment*** | | | | - | - | | | | | | | | | | | | | | |
| 08/01/06 | 2 chairs at reception area | 1,047.90 | | 6yr S/L | 1,047.90 | - | | | | | | | | | | | | | | |
| | | | 1,047.90 | | - | - | | | | | | | | | | | | | | |
| | **New Office Furniture - 2008** | | | | - | - | | | | | | | | | | | | | | |
| 04/19/08 | Reception desk | 6,300.59 | | 5yr S/L | 6,300.59 | - | | | | | | | | | | | | | | |
| 04/19/08 | Reception table | 518.70 | | 5yr S/L | 518.70 | - | | | | | | | | | | | | | | |
| 04/19/08 | Reception shelf | 620.27 | | 5yr S/L | 620.27 | - | | | | | | | | | | | | | | |
| 04/19/08 | Conference room credenza | 1,738.80 | | 5yr S/L | 1,738.80 | - | | | | | | | | | | | | | | |
| 04/19/08 | Conference room chair (8) | 6,594.57 | | 5yr S/L | 6,594.57 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office desk (Contour collection, left and right) | 5,478.65 | | 5yr S/L | 5,478.65 | - | | | | | | | | | | | | | | |
| 04/19/08 | Briian's office desk bridge (2) | 1,042.66 | | 5yr S/L | 1,042.66 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office credenza (2) | 3,579.60 | | 5yr S/L | 3,579.60 | - | | | | | | | | | | | | | | |
| 04/19/08 | Genevieve's office hutch | 1,999.64 | | 5yr S/L | 1,999.64 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office 7D. Conf table | 650.36 | | 5yr S/L | 650.36 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office wardrobe | 1,369.93 | | 5yr S/L | 1,369.93 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office hutch | 986.47 | | 5yr S/L | 986.47 | - | | | | | | | | | | | | | | |
| 04/19/08 | Biran's office sofa | 1,549.77 | | 5yr S/L | 1,549.77 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office lounge chair | 1,230.36 | | 5yr S/L | 1,230.36 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office end table (2) | 942.76 | | 5yr S/L | 942.76 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office coffee table | 578.04 | | 5yr S/L | 578.04 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office bookcase (2), GC - 1 | 2,610.97 | | 5yr S/L | 2,610.97 | - | | | | | | | | | | | | | | |
| 04/19/08 | Brian's office high back leather chair | 1,239.86 | | 5yr S/L | 1,239.86 | - | | | | | | | | | | | | | | |
| 04/19/08 | Genevieve's office chair | 811.13 | | 5yr S/L | 811.13 | - | | | | | | | | | | | | | | |
| 04/19/08 | Genevieve's office table and base | 1,133.68 | | 5yr S/L | 1,133.68 | - | | | | | | | | | | | | | | |
| 04/19/08 | Chair (2 Brian, 3 Genevieve, 4 other offices) | 5,153.73 | | 5yr S/L | 5,153.73 | - | | | | | | | | | | | | | | |
| 07/21/08 | add'l for Brian's sofa | 1,063.34 | | 5yr S/L | 1,063.34 | - | | | | | | | | | | | | | | |
| | 11/16/2011 Cubicles for new office (1/2 payment) | 4,497.50 | | 5yr S/L | 2,473.63 | 2,023.88 | | | | | | | | | | | | | | |
| | 11/16/2011 Conference Table for new office (1/2 pa | 5,125.00 | | 5yr S/L | 2,818.75 | 2,306.25 | | | | | | | | | | | | | | |
| | 11/16/2011 Furniture Installation (1/2 payment) | 750.00 | | 5yr S/L | 412.50 | 337.50 | | | | | | | | | | | | | | |
| | 11/16/2011 Tax on Furniture | 577.35 | | 5yr S/L | 317.54 | 259.81 | | | | | | | | | | | | | | |
| | 11/21/2011 4 Belmont Series Cherry Desks | 4,550.00 | | 5yr S/L | 2,502.50 | 2,047.50 | | | | | | | | | | | | | | |
| | 11/21/2011 4 Lateral Files Cherry | 1,530.00 | | 5yr S/L | 841.50 | 688.50 | | | | | | | | | | | | | | |
| | 11/21/2011 Wardrobe Cabinets Cherry | 1,035.00 | | 5yr S/L | 569.25 | 465.75 | | | | | | | | | | | | | | |
| | 11/21/2011 5 drqwer 36" lateral File | 425.00 | | 5yr S/L | 233.75 | 191.25 | | | | | | | | | | | | | | |
| | 11/21/2011 Conference Room Black Leather Chair | 2,093.00 | | 5yr S/L | 1,151.15 | 941.85 | | | | | | | | | | | | | | |
| | 11/21/2011 8 Cherry frame guest chairs | 1,260.00 | | 5yr S/L | 693.00 | 567.00 | | | | | | | | | | | | | | |
| | 11/21/2011 42" Round Table Glass | 262.50 | | 5yr S/L | 144.38 | 118.13 | | | | | | | | | | | | | | |
| | 11/21/2011 2 42" Lateral Files | 699.00 | | 5yr S/L | 384.45 | 314.55 | | | | | | | | | | | | | | |
| | 11/21/2011 Tax on Furniture | 811.95 | | 5yr S/L | 446.57 | 365.38 | | | | | | | | | | | | | | |
| | 12/15/2011 4 Belmont Series Cherry Desks | 4,550.00 | | 5yr S/L | 2,502.50 | 2,047.50 | | | | | | | | | | | | | | |
| | 12/15/2011 4 Lateral Files Cherry | 1,530.00 | | 5yr S/L | 841.50 | 688.50 | | | | | | | | | | | | | | |
| | 12/15/2011 Wardrobe Cabinets Cherry | 1,035.00 | | 5yr S/L | 569.25 | 465.75 | | | | | | | | | | | | | | |
| | 12/15/2011 5 drqwer 36" lateral File | 425.00 | | 5yr S/L | 233.75 | 191.25 | | | | | | | | | | | | | | |
| | 12/15/2011 Conference Room Black Leather Chair | 2,093.00 | | 5yr S/L | 1,151.15 | 941.85 | | | | | | | | | | | | | | |
| | 12/15/2011 8 Cherry frame guest chairs | 1,260.00 | | 5yr S/L | 693.00 | 567.00 | | | | | | | | | | | | | | |
| | 12/15/2011 42" Round Table Glass | 262.50 | | 5yr S/L | 144.38 | 118.13 | | | | | | | | | | | | | | |
| | 12/15/2011 2 42" Lateral Files | 699.00 | | 5yr S/L | 384.45 | 314.55 | | | | | | | | | | | | | | |
| | 12/15/2011 Tax on Furniture | 811.95 | | 5yr S/L | 446.57 | 365.38 | | | | | | | | | | | | | | |
| | 01/06/2012 4-Herman Miller etho space cubicles | 4,497.50 | | 5yr S/L | 2,473.63 | 2,023.88 | | | | | | | | | | | | | | |

1

| Date | Description | Cost | | Method | | |
|---|---|---|---|---|---|---|
| 01/06/2012 | Colecraft custom veneer conference ta | 5,125.00 | | 5yr S/L | 2,818.75 | 2,306.25 |
| 01/06/2012 | Delivery & Installation | 750.00 | | 5yr S/L | 412.50 | 337.50 |
| 01/06/2012 | Tax | 577.35 | | 5yr S/L | 317.54 | 259.81 |
| 01/06/2012 | Breakroom Stools | 298.00 | | 5yr S/L | 163.90 | 134.10 |
| 01/06/2012 | Chair Arms | 207.00 | | 5yr S/L | 113.85 | 93.15 |
| 01/06/2012 | Tax | 30.30 | | 5yr S/L | 16.67 | 13.64 |
| 01/17/2012 | TV for Genevieve's Office | 317.98 | | 5yr S/L | 174.89 | 143.09 |
| 01/17/2012 | TV for Brian's Office | 398.99 | | 5yr S/L | 219.44 | 179.55 |
| 11/21/2011 | Office Ergonomics, LLC-Razz Executiv | 1,678.00 | | 5yr S/L | 922.90 | 755.10 |
| 11/21/2011 | Office Ergonomics, LLC-Delivery/Install | 475.00 | | 5yr S/L | 261.25 | 213.75 |
| 12/15/2011 | Office Ergonomics, LLC-Razz Executiv | 1,678.00 | | 5yr S/L | 922.90 | 755.10 |
| 12/15/2011 | Office Ergonomics, LLC-Delivery/Install | 475.00 | | 5yr S/L | 261.25 | 213.75 |
| | | | | | - | |
| | | | | | - | - |
| | | | 99,984.74 | | - | - |
| | **Telephone Equipment** | | | | - | - |
| 01/08/08 | New phone system | 5,800.00 | | 5yr S/L | 5,800.00 | - |
| 03/27/2012 | Phone equipment for new office | 5,863.80 | | 5yr S/L | 3,009.90 | 2,853.90 |
| | | | 11,663.80 | | - | - |
| | **Office Equipment** | | | | - | - |
| 10/07/2011 | New Copier | 11,900.00 | | 5yr S/L | 6,941.67 | 4,958.33 |
| 05/23/2012 | Charger for 1250 Eye Street garage | 1,500.00 | | | 1,500.00 | - |
| | | | 13,400.00 | | - | - |
| | | | | | - | - |
| | **Leasehold Improvement** | | | | - | - |
| 12/23/2011 | Door Access System | 3,958.50 | | 5yr S/L | 2,177.18 | 1,781.33 |
| 01/20/2012 | Door Access System | 3,208.50 | | 5yr S/L | 1,764.68 | 1,443.83 |
| 01/27/2012 | Architectural Design | 5,962.92 | | 5yr S/L | 3,279.61 | 2,683.31 |
| 02/06/2012 | Connect Conference Table | 855.00 | | 5yr S/L | 470.25 | 384.75 |
| 02/06/2012 | Architectural Design | 677.32 | | 5yr S/L | 372.53 | 304.79 |
| 02/09/2012 | Signs for the new office | 5,478.38 | | 5yr S/L | 3,013.11 | 2,465.27 |
| 02/20/2012 | Electrical Work on new conference roo | 518.00 | | 5yr S/L | 284.90 | 233.10 |
| 03/14/2012 | Connect Conference Pollycom | 7,254.04 | | 5yr S/L | 3,747.92 | 3,506.12 |
| 02/06/2012 | R.W. Murray Co.-EDTA Renovations | 5,569.00 | | 5yr S/L | 2,877.32 | 2,691.68 |
| 02/20/2012 | R.W. Murray Co.-EDTA Renovations | 4,503.00 | | 5yr S/L | 2,326.55 | 2,176.45 |
| 12/23/2011 | Nittany Business Movers, Inc. | 1,250.00 | | 5yr S/L | 666.67 | 583.33 |
| 01/06/2012 | Wiring for new office (Final Payment) | 2,902.70 | | 5yr S/L | 1,548.11 | 1,354.59 |
| 01/06/2012 | Mount Genevieve's TV | 457.55 | | 5yr S/L | 244.03 | 213.52 |
| 01/26/2012 | IPERS-Eye Street NW-DC | 806.94 | | 5yr S/L | 430.37 | 376.57 |
| 03/27/2012 | EDTA Renovations | 1,723.00 | | 5yr S/L | 861.50 | 861.50 |
| 04/20/2012 | Connect Conference Pollycom 2nd 1/2 | 7,254.03 | | 5yr S/L | 3,506.11 | 3,747.92 |
| 04/20/2012 | Camera for webcast in Conference Roo | 2,303.76 | | 5yr S/L | 1,113.48 | 1,190.28 |
| 05/23/2012 | Moving Expense | 520.00 | | 5yr S/L | 242.67 | 277.33 |
| 06/07/2012 | Relocate Camera | 235.00 | | 5yr S/L | 109.67 | 125.33 |
| 06/07/2012 | Fan for equipment cabinet | 436.28 | | 5yr S/L | 203.60 | 232.68 |
| 04/09/2012 | Wall Decorations | 293.95 | | 5yr S/L | 137.18 | 156.77 |
| 08/14/2012 | Conference Room improvements | 6,221.00 | | 5yr S/L | 2,592.08 | 3,628.92 |
| | | | 62,388.87 | 5yr S/L | - | - |
| | | | | | - | - |
| 01/01/10 | Conference Booth | 21,838.12 | | 5yr S/L | 20,746.21 | 1,091.91 |
| 09/26/13 | New Conference Booth | 1,175.66 | | 5yr S/L | 235.13 | 940.53 |
| | | | 23,013.78 | 5yr S/L | | |
| | **Total** | 284,314.87 | 284,314.87 | | 171,544.35 | 105,993.52 |

GL 284,314.87
Disposed Items (0.00)
Net -

New Conference Booth row: 235.13, 0.00, 0.00, 0.002, 0.002, 0

Total row right columns: 235.13, 0.00, -, 0.00, 0, 0.002, 0, 0.002, 0, 4894.25, 40282.75, 8659, 31623.75

**Fill in this information to identify the case:**

Debtor name    **Electric Drive Transportation Association**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Electric Drive Transportation Association**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Aaron Zetwick**<br>**Address on File**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,350.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Adam Ebersole**<br>**Address on File**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$675.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Ahu Ece Hartavi Karci**<br>**Address on File**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,350.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Alberto Ayala**<br>**Address on File**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |

Debtor **Electric Drive Transportation Association**

Name

Case number (if known) _____

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Allison Lundy**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96,005.61** |
|---|---|---|---|

**American Express**
**P. O. Box 1270**
**Newark, NJ 07101-1270**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,947.50** |
|---|---|---|---|

**Amy Russell**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Andre Welch**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Andrew Erickson**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Ania Shah**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Anik Shrestha**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Drive Transportation Association**                          Case number (if known) _____
          Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Anna Guida**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Anna Paper**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Ansis Valdovskis**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Antonina Jankowiak**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Anusha Nagesh**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,100.00** |
|---|---|---|---|

**Appletronic**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,550.00** |
|---|---|---|---|

**Asami Hoshi**
**Address on File**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Electric Drive Transportation Association**                     Case number (if known) _____
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,015.68** |

**Atlas Public Policy**
**515 Q Street NW**
**Unit 2**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |

**Aymeric Rousseau**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |

**Bart Sowa**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |

**Batuhan Cinar**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00** |

**Bernd Propfe**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |

**Bernhard Wille-haussmann**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00** |

**Bjoern Christensen**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Drive Transportation Association**    Case number (if known) _____
Name

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Bomyeong Ko**
**Address on File**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |

**Breanne Preisen**
**Address on File**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |

**Brett Williams**
**Address on File**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,600.00** |

**Calibre CPA Group**
**7501 Wisconsin Avenue**
**Suite 1200 West**
**Bethesda, MD 20814**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional accounting services**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |

**Cameron Dolan**
**Address on File**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |

**Cameron Thornberry**
**Address on File**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250,000.00** |

**Capital One**
**PO Box 71141**
**Charlotte, NC 28272-1141**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No  □ Yes

---

Debtor    **Electric Drive Transportation Association**                    Case number (if known) _____
          Name

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,216.68** |

**Capital One**
**PO Box 71141**
**Charlotte, NC 28272-1141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Checking Account**

**Last 4 digits of account number  8483**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$272.41** |

**Care First**
**PO Box 70250**
**Philadelphia, PA 19176-0250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Medical account**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,100.00** |

**Cassie Burger**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,850.00** |

**Cat Plein**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,250.00** |

**Center for Sustainable Energy**
**3980 Sherman Street**
**Suite 170**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |

**Cezary Jedryczka**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Chandani Gor**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Drive Transportation Association**
Name

Case number (if known) _____

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Cheol Lee**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Chinchul Choi**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,100.00** |
|---|---|---|---|

**Chris Crockett**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Christine Carchia**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,241.38** |
|---|---|---|---|

**Christine Spann**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accumlated vacation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |
|---|---|---|---|

**Claire Sugihara**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$973.27** |
|---|---|---|---|

**Comcast**
**PO Box 7020**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Drive Transportation Association**                     Case number (if known) _____
_____
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64.22** |

**Nonpriority creditor's name and mailing address**
**Culligan Water Company**
**982 Waugh Chapel Way, Suite H**
**Gambrills, MD 21054**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Utility Service**
Is the claim subject to offset? ■ No ☐ Yes

**$64.22**

---

3.48 **Nonpriority creditor's name and mailing address**
**Daehyeon Kim**
**Address on File**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

3.49 **Nonpriority creditor's name and mailing address**
**Daisuke Gunji**
**Address on File**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

3.50 **Nonpriority creditor's name and mailing address**
**Danny Lehmann**
**Address on File**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

3.51 **Nonpriority creditor's name and mailing address**
**Daphne Dixon**
**Address on File**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,350.00**

---

3.52 **Nonpriority creditor's name and mailing address**
**Datawatch Systems**
**4520 East West Highway, Suite 200**
**Bethesda, MD 20814**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**$273.12**

---

3.53 **Nonpriority creditor's name and mailing address**
**David Muller**
**Address on File**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: _
Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

---

| Debtor | **Electric Drive Transportation Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.54** | **Nonpriority creditor's name and mailing address**
**David Owen**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

$2,100.00

---

**3.55** | **Nonpriority creditor's name and mailing address**
**David Patterson**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,850.00

---

**3.56** | **Nonpriority creditor's name and mailing address**
**David Reichmuth**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,350.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
**DC Health Link**
**PO Box 717023**
**Philadelphia, PA 19170-7023**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

$6,374.16

---

**3.58** | **Nonpriority creditor's name and mailing address**
**Dean Case**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,850.00

---

**3.59** | **Nonpriority creditor's name and mailing address**
**Dean Taylor**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,350.00

---

**3.60** | **Nonpriority creditor's name and mailing address**
**Dennis Pascual**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,350.00

---

Debtor   **Electric Drive Transportation Association**                    Case number (if known) _____
         Name

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Donghyun Kim**
**Address on File**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Driivz**
**4 Ha'Harash Street**
**Hod HaSharon, Israel**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,900.00** |
|---|---|---|---|

**dSPACE**
**50131 Pontiac Trail**
**Wixom, MI 48393**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Eaton**
**1000 Eaton Blvd.**
**Cleveland, OH 44122**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85,000.00** |
|---|---|---|---|

**Economic Policy Strategies, Inc.**
**1211 G Street, SE #11**
**Washington, DC 20003**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Eiji Kuroda**
**Address on File**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Elizabeth Kiilu**
**Address on File**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor   **Electric Drive Transportation Association**   Case number (if known) _____
_____Name_____

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Elvin Ruya**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,362.61** |
|---|---|---|---|

**Emory Oney - V**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,321.61** |
|---|---|---|---|

**Emory Oney V**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  **Accumulated vacation**

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,850.00** |
|---|---|---|---|

**Energy Holding GmbH [Miba]**
**Dr.-Mitterbauer-Str. 3**
**Laakirchen, Austria**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**Eric Cahill**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Eric Campbell**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Eric Van Voorden**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Electric Drive Transportation Association**                Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** |

**Ernesto Donnadieu**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$1,350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** |

**Eunil Seo**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$1,350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** |

**Evgenii Genov**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$675.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** |

**Eye Property Owner, LLC**
**121 W. Trade Street**
**Charlotte, NC 28202**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$16,677.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Office Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** |

**FractalEV**
**170 Columbus St. W. Suite 6**
**Waterloo, ONT Canada N2L 3L3**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$5,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Fred Garver**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$675.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** |

**Fredrick Oloo**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$1,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Drive Transportation Association**                                      Case number (if known) _____
                  Name

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,215.00** |
|---|---|---|---|

**Gary Horvat**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.83    **Nonpriority creditor's name and mailing address**                  **$274,607.25**

**Genevieve Cullen**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.84    **Nonpriority creditor's name and mailing address**                  **$17,458.95**

**Genevieve Cullen**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accumulated vacation and June 19, 2026 payroll**

Is the claim subject to offset? ■ No ☐ Yes

---

3.85    **Nonpriority creditor's name and mailing address**                  **$100,000.00**

**Genevieve Cullen / Promissory Note**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

3.86    **Nonpriority creditor's name and mailing address**                  **$1,850.00**

**George Kopf**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.87    **Nonpriority creditor's name and mailing address**                  **$1,250.00**

**George Mccue**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.88    **Nonpriority creditor's name and mailing address**                  **$6,300.00**

**Gloquadtech Co. Ltd.**
**6F, 111, Anyang-ro, Manan-gu,**
**Anyang-si, Gyeonggi-do, So. Korea 14093**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Drive Transportation Association**                         Case number (if known) _____
         Name

| | |
|---|---|
| 3.89 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*           **$3,451.60** |
| **Guardian** | ☐ Contingent |
| **PO Box 26050** | ☐ Unliquidated |
| **Lehigh Valley, PA 18002-6050** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: **Trade debt** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.90 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*           **$1,000.00** |
| **Hajo Ribberink** | ☐ Contingent |
| **Address on File** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.91 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*           **$1,250.00** |
| **Hans Pohl** | ☐ Contingent |
| **Address on File** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.92 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*           **$7,850.00** |
| **Happyrun Co. Ltd** | ☐ Contingent |
| **A03, 15th Floor, Building 1, Yicheng Hua** | ☐ Unliquidated |
| **Community, Longhua Street, Longhua Distr** | ☐ Disputed |
| **Shenzhen, China 518100** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.93 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*           **$50.00** |
| **Harm Weken** | ☐ Contingent |
| **Address on File** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.94 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*           **$675.00** |
| **Haru Ichikawa** | ☐ Contingent |
| **Address on File** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.95 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*           **$1,850.00** |
| **Haruhito Mori** | ☐ Contingent |
| **Address on File** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Electric Drive Transportation Association** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Heather Khuraibet**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Heeyun Lee**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Helena Lee**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Hesham Albahri**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Hirokazu Koseki**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Hironobu Kiuchi**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Hiroyuki Komatsu**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Electric Drive Transportation Association**                    Case number (if known) _____
_____
Name

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160,264.00** |

**Hyatt Regency Long Beach**
**200 S Pine Ave.**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Trade debt**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |

**Hyunseok Yu**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |

**Idries Urkens**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |

**Jaejoon Lee**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,700.00** |

**Jaeyun Jung**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**James Mater**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,268.40** |

**Japan Automobile Research Institute (JAR**
**1 - 30, Siba-Daimon 1 - chome**
**Tokyo / Minato-ku, Japan  105-0012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Drive Transportation Association**                                    Case number (if known) _____
_____
Name

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |

**Jason Harper**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$540.00** |

**Jea Hyung Lee**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |

**Jean Chu**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Jean Paul Zalaquett**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |

**Jehwi Yeon**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,850.00** |

**Jennifer Mbugua**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |

**Jeremy Bibeau**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **Electric Drive Transportation Association**                    Case number (if known) _____
_____
Name

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Jiwon Im**
**Address on File**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Jiye Choi**
**Address on File**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |

**Joao Soares**
**Address on File**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |

**John Markowitz**
**Address on File**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |

**John Mclean**
**Address on File**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |

**John Wesley Heaton**
**Address on File**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Jongchan An**
**Address on File**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Drive Transportation Association**                                Case number (if known) _____
            Name

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Jonghoon Kim**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,970.84** |
|---|---|---|---|

**JPdL International, Inc.**
**1555 Peel Street**
**Suite 500**
**Montreal, PQ  Canada H3A 3L8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,700.00** |
|---|---|---|---|

**Junguk Lee**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Junhyeok Jeong**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |
|---|---|---|---|

**Kandee Bahr Worley**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Karim Hamza**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Karina  Alejandra Hinojosa Taomori**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor     **Electric Drive Transportation Association**                          Case number (if known) _____
Name

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Katelyn Lee**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Katherine Houston**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Katie Cox**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Kazuya Yamamoto**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Keith Beckstead**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |
|---|---|---|---|

**Keith Bradis**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Kenji Nagumo**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Drive Transportation Association**                   Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1,350.00 |

**Kevin Wood**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | $1,350.00 |

**Klaus Payrhuber**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | $1,350.00 |

**Koh Narukawa**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | $1,850.00 |

**Koralle Buch**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | $675.00 |

**Kwon Taegyung**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | $675.00 |

**Kyung-ho Kim**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | $1,250.00 |

**Leela Rao**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Electric Drive Transportation Association**                              Case number (if known) _____
         Name

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,430.00** |

**Lincoln Wood**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00** |

**Long Beach Convention**
 **& Entertainment Center**
**300 E. Ocean Blvd.**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |

**Marianne Solhaug Moelmen**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |

**Mario Hirz**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |

**Mark Simon**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |

**Mark Stoker**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,850.00** |

**Matt Bradley**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Drive Transportation Association**          Case number (if known) _____
             Name

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$50.00** |

**Matthew Jeffers**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _
☐ Disputed
**Last 4 digits of account number** _
**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,350.00** |

**Matthew Metz**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _
☐ Disputed
**Last 4 digits of account number** _
**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$7,440.00** |

**MDPI**
**Grosspeteranlage 3, 4052**
**Switzerland 4052**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _
☐ Disputed
**Last 4 digits of account number** _
**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$675.00** |

**Meryem Ahouad**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _
☐ Disputed
**Last 4 digits of account number** _
**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,350.00** |

**Michael Ippoliti**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _
☐ Disputed
**Last 4 digits of account number** _
**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,250.00** |

**Michelle Kiley**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _
☐ Disputed
**Last 4 digits of account number** _
**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$73,500.00** |

**Michelle Mosquera**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** _
☐ Disputed
**Last 4 digits of account number** _
**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Electric Drive Transportation Association**                Case number (if known) _____
        Name

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Minhyeok Kim**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Minju Sim**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Minsu Kim**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |

**Mitchell Marks**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Miyoung Lee**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Mohammad Mehdi Oshanreh**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,815.00** |

**Mutual Analytics, LLC**
**1101 Connecticut Avenue**
**Suite 450**
**Washington, DC 20036**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **IT Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Drive Transportation Association**                                    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.166**

**Nonpriority creditor's name and mailing address**
**Naga Nithin Manne**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167**

**Nonpriority creditor's name and mailing address**
**Namdoo Kim**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168**

**Nonpriority creditor's name and mailing address**
**Namwook Kim**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169**

**Nonpriority creditor's name and mailing address**
**Nauticon Office Solutions**
**15878 Gaither Drive**
**Gaithersburg, MD 20877**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$81.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170**

**Nonpriority creditor's name and mailing address**
**Nicholas Pallonetti**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171**

**Nonpriority creditor's name and mailing address**
**Niclas Benjamin Klein**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$675.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172**

**Nonpriority creditor's name and mailing address**
**Nicole Halpin**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$675.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Drive Transportation Association**                     Case number (if known) _____
_____
Name

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |

**Nikolaas Van Den Steen**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |

**Osamu Shimizu**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |

**Ouadii Ouledboutaarija**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |

**Patrick Ploetz**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |

**Paul Vigener**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,850.00** |

**Pere Francino**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,850.00** |

**Philip Jones**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Drive Transportation Association** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,661.70**

**Politico LLC**
**PO Box 419342**
**Boston, MA 02241-9342**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00**

**Ramona Stumberger**
**Address on File**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00**

**Reik Laubenstein**
**Address on File**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00**

**Renee Moilanen**
**Address on File**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,250.00**

**Richelle Johnson**
**Address on File**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00**

**Robert Francis**
**Address on File**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00**

**Roberto Ruiz Audeves**
**Address on File**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor     **Electric Drive Transportation Association**                                    Case number (if known)  _____
           Name

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |

**Ronoh Jonathan**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |

**Rose Szoke**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,850.00** |

**Rudolf Davidoff**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |

**Salim Youssefzadeh**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |

**Sangryuk Lee**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |

**Sanjeev Singh**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |

**Sara Rafalson**
**Address on File**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Electric Drive Transportation Association**                        Case number (if known) _____
          Name

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,350.00** |
|---|---|---|---|

**Sarah Roeck**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,250.00** |
|---|---|---|---|

**Schaltbau North America**
**225 Oser Ave**
**Hauppauge, NY 11788**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Scott Hardman**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Seojin Kim**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Seongju Kim**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Seongkyu Lee**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,850.00** |
|---|---|---|---|

**Septaris Parhusip**
**Address on File**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Drive Transportation Association**                          Case number (if known) _____
         Name

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Seung Gyu Hwang**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __
☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Seungyeon Ryu**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __
☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Seyoung Jeong**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __
☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**Shantelle Dreamer**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __
☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,850.00** |
|---|---|---|---|

**Shenzhen Infypower Co. Ltd**
**No. 1 Building, Linoya Industrial Park**
**Tangtou No. 1 Road, Shlyan, Bao'an Distr**
**Shenzhen, China**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __
**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Shicong Ding**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __
☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Shouai Wang**
**Address on File**
☐ Contingent
☐ Unliquidated
**Date(s) debt was incurred** __
☐ Disputed
**Last 4 digits of account number** __
**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Electric Drive Transportation Association**                Case number (if known) _____
                    Name

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**Shuhan Song**
**Address on File**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Silas Sanga**
**Address on File**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Somyeong Park**
**Address on File**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Stefenie Griggs**
**Address on File**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675.00 |
|---|---|---|---|

**Sujin Ko**
**Address on File**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,850.00 |
|---|---|---|---|

**Sung Ho Hwang**
**Address on File**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675.00 |
|---|---|---|---|

**Sungjun Lee**
**Address on File**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor      **Electric Drive Transportation Association**                    Case number (if known) _____
             Name

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,850.00** |

**Sunil Kumar Chippa**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,850.00** |

**Suyin Corporation**
**20380 Town Center Lane, Ste 270**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,250.00** |

**SWTCH**
**7 Queen Elizabeth Blvd.**
**Etobicoke, ONT Canada M8Z 1LB**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675.00** |

**Taehyun Gong**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,350.00** |

**Taro Aoyama**
**Address on File**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$196.40** |

**TASC**
**Client Invoices**
**P.O. Box 88278**
**Milwaukee, WI 53288-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FSA Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$148,256.69** |

**The Westin Long Beach**
**333 E Ocean Blvd**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Drive Transportation Association**                    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Theodora Konstantinou** | ☐ Contingent |
| | **Address on File** | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,350.00**

| | | |
|---|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Thomas Bradley** | ☐ Contingent |
| | **Address on File** | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,850.00**

| | | |
|---|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Ti-lane Technologies (US)** | |
| | **No. 6 Building North** | ☐ Contingent |
| | **Jiada Industrial Park, Honghu Road East** | ☐ Unliquidated |
| | **YanChuanCommunity, YanLuo Street** | ☐ Disputed |
| | **Guangzhou, China 518105** | |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$9,850.00**

| | | |
|---|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Til Dietrich** | ☐ Contingent |
| | **Address on File** | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$675.00**

| | | |
|---|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Tim Coburn** | ☐ Contingent |
| | **Address on File** | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,350.00**

| | | |
|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Tommaso Difonzo** | ☐ Contingent |
| | **Address on File** | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$50.00**

| | | |
|---|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Tony Giambro** | ☐ Contingent |
| | **Address on File** | ☐ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**$1,250.00**

Debtor **Electric Drive Transportation Association**          Case number (if known) _____
Name

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Tristan Williams**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,743.75** |
|---|---|---|---|

**Unanimous, Inc.**
**8600 Executive Woods Dr.**
**Suite 300**
**Lincoln, NE 68512**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Vanessa Perkins**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,900.00** |
|---|---|---|---|

**Vector North America Inc.**
**39500 Orchard Hill Place, #500**
**Novi, MI 48375**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83.26** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 16810**
**Newark, NJ 07101-6810**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Weldie And Associates**
**11804 Ivanhoe Street**
**Silver Spring, MD 20902**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**YAN ZHOU**
**Address on File**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Drive Transportation Association**        Case number (if known) _____
_____
Name

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Yasunari Sakai**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Yeonseok Lee**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Yixuan Wang**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Youngmin Bae**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,850.00** |
|---|---|---|---|

**Yucheng (David) Liu**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Zifan Li**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Ziqi Huang**
**Address on File**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Official Form 206 E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        **Page 35 of 36**

Debtor   **Electric Drive Transportation Association**                     Case number (if known) _____
_____
         Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 1,884,030.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,884,030.28 |

**Fill in this information to identify the case:**

Debtor name    **Electric Drive Transportation Association**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Business Catastrophe Liability and Workers Compensation** | |
| | State the term remaining | **6 months** | **ACO Insurance Group LLC**<br>**8609 Westwood Center Drive NA**<br>**Vienna, VA 22182** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription-based public affairs and market intelligence platform** | |
| | State the term remaining | **December 2026** | **Bloomberg Government**<br>**c/o BGOV LLC**<br>**731 Lexington Avenue**<br>**New York, NY 10022** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **1250 Eye Street, NW, 9th Floor, Washington, DC 20005 Property** | |
| | State the term remaining | **April 2027** | **IPERS Eye Street NW-DC, Inc.**<br>**c/o RREEF**<br>**4550 Montgomery Avenue**<br>**Suite 1100**<br>**Bethesda, MD 20814** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Energy and environment news subscription** | |
| | State the term remaining | **August 2026** | **Politico Media Group Holding Inc.**<br>**Attn: Jennifer Hurley**<br>**1000 Wilson Blvd**<br>**8th Floor**<br>**Arlington, VA 22209** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Electric Drive Transportation Association**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                        *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name  **Electric Drive Transportation Association**

United States Bankruptcy Court for the:  DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **10/01/2025** to **Present** | ☑ Operating a business  ☐ Other _____ | **$1,006,281.04** |
| **For prior year:** From **10/01/204** to **9/30/2025** | ☑ Operating a business  ☐ Other _____ | **$694,859.17** |
| **For year before that:** From **10/01/2023** to **9/30/2024** | ☑ Operating a business  ☐ Other _____ | **$866,279.66** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

Debtor   **Electric Drive Transportation Association**          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | **March 24, 2026** | **$6,470.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.2. | **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | **March 30, 2026** | **$83.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.3. | **Eye Property Owner, LLC**<br>**121 W. Trade Street**<br>**#1150**<br>**Charlotte, NC 28202** | **March 31, 2026** | **$16,313.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.4. | **Capital One Bank Loan Services**<br>**P.O. Box 71141**<br>**Charlotte, NC 28272-1141** | **April 1, 2026** | **$1,746.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.5. | **CareFirst**<br>**P.O. Box 79749**<br>**Baltimore, MD 21279-0749** | **April 2, 2026** | **$272.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.6. | **Amy Russell**<br>**Address on File** | **April 2, 2026** | **$2,580.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.7. | **Clarity**<br>**20352 Hawick Terrace**<br>**Potomac Falls, VA 20165** | **April 6, 2026** | **$2,049.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.8. | **Unanimous, Inc.**<br>**8600 Executive Woods Drive**<br>**Suite 300**<br>**Lincoln, NE 68512** | **April 7, 2026** | **$5,781.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.9. | **DC Health Link**<br>**P.O. Box 97022**<br>**Washington, DC 20090** | **April 7, 2026** | **$6,374.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor **Electric Drive Transportation Association**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **Empower Retirement Services**<br>**8515 E. Orchard Road**<br>**Greenwood Village, CO 80111** | **April 8, 2026** | **$600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.11. **Long Beach Convention &**<br>**Entertainment Center**<br>**300 E. Ocean Blvd.**<br>**Long Beach, CA 90802** | **April 8, 2026** | **$25,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.12. **Nauticon Office Solutions**<br>**15878 Gaither Drive**<br>**Gaithersburg, MD 20877** | **April 8, 2026** | **$92.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.13. **Datawatch Systems**<br>**P.O. Box 79845**<br>**Baltimore, MD 21279-0845** | **April 8, 2026** | **$136.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.14. **Culligan Water Company**<br>**P.O. Box 1458**<br>**Bolingbrook, IL 60440-0857** | **April 8, 2026** | **$37.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.15. **Empower Retirement Services**<br>**8515 E. Orchard Road**<br>**Greenwood Village, CO 80111** | **April 9, 2026** | **$2,851.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.16. **Empower Retirement Services**<br>**8515 E. Orchard Road**<br>**Greenwood Village, CO 80111** | **April 9, 2026** | **$1,594.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.17. **Empower Retirement Services**<br>**8515 E. Orchard Road**<br>**Greenwood Village, CO 80111** | **April 9, 2026** | **$1,254.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.18. **Merchant Services Capital One**<br>**P.O. Box 71141**<br>**Charlotte, NC 28272-1141** | **April 9, 2026** | **$1,229.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

Debtor   **Electric Drive Transportation Association**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19. **Comcast** <br> **P.O. Box 7020** <br> **Philadelphia, PA 19176-0219** | **April 9, 2026** | **$967.81** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.20. **Guardian** <br> **P.O. Box 26050** <br> **Lehigh Valley, PA 18002-6050** | **April 9, 2026** | **$1,725.80** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.21. **Mutual Analytics, LLC** <br> **1101 Connecticut Avenue** <br> **Suite 450** <br> **Washington, DC 20036** | **April 9, 2026** | **$1,811.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.22. **Clarity** <br> **20352 Hawick Terrace** <br> **Potomac Falls, VA 20165** | **April 13, 2026** | **$50.19** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.23. **Empower Retirement Services** <br> **8515 E. Orchard Road** <br> **Greenwood Village, CO 80111** | **April 13, 2026** | **$1,565.30** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.24. **Bloomberg Government** <br> **c/o BGOV LLC** <br> **731 Lexington Avenue** <br> **New York, NY 10022** | **April 14, 2026** | **$3,186.36** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.25. **IRS** <br> **31 Hopkins Plaza** <br> **Room 1120** <br> **Baltimore, MD 21201** | **April 15, 2026** | **$9,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.26. **Long Beach Convention & Entertainment Center** <br> **300 E. Ocean Blvd.** <br> **Long Beach, CA 90802** | **April 17, 2026** | **$56,627.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |
| 3.27. **American Express** <br> **P.O. Box 1270** <br> **Newark, NJ 07101-1270** | **April 27, 2026** | **$6,858.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other__ |

Debtor  **Electric Drive Transportation Association**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.28.  **JPdL International, Inc.**<br>**1555 Peel St., Suite 500**<br>**Montreal, QC Canada H3A 3L8** | **April 27, 2026** | **$17,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.29.  **Alliance for Transportation Electrificat**<br>**Attn: Phillip B. Jones**<br>**1326 Fifth Avenue, Suite 621**<br>**Seattle, VA 98101** | **April 28, 2026** | **$900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.30.  **Virginia Department of Taxation**<br>**PO Box 26627**<br>**Richmond, VA 23261** | **April 28, 2026** | **$10.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.31.  **Eye Property Owner, LLC**<br>**121 W. Trade Street**<br>**#1150**<br>**Charlotte, NC 28202** | **April 28, 2026** | **$3,490.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.32.  **Eye Property Owner, LLC**<br>**121 W. Trade Street**<br>**#1150**<br>**Charlotte, NC 28202** | **April 28, 2026** | **$16,677.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.33.  **ACO Insurance Group LLC**<br>**8609 Westwood Center Drive NA**<br>**Vienna, VA 22182** | **April 30, 2026** | **$1,668.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.34.  **Amy Russell**<br>**Address on File** | **April 30, 2026** | **$2,879.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.35.  **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | **April 30, 2026** | **$83.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.36.  **Capital One Bank Loan Services**<br>**P.O. Box 71141**<br>**Charlotte, NC 28727-1141** | **May 4, 2026** | **$2,140.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor   **Electric Drive Transportation Association**                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.37.  **Care First**<br>**P.O. Box 79749**<br>**Baltimore, MD 21279-0749** | **May 4, 2026** | **$272.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.38.  **Empower Retirement Services**<br>**8515 E. Orchard Road**<br>**Greenwood Village, CO 80111** | **May 7, 2026** | **$1,059.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.39.  **Datawatch Systems**<br>**P.O. Box 79845**<br>**Balimore, MD 21279-0845** | **May 7, 2026** | **$136.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.40.  **Culligan Water**<br>**P.O. Box 1458**<br>**Bolingbrook, IL 60440-0857** | **May 7, 2026** | **$37.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.41.  **Nauticon Office Solutions**<br>**15878 Gaither Drive**<br>**Gaithersburg, MD 20877** | **May 7, 2026** | **$95.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.42.  **Whiteford, Taylor & Preston, LLP**<br>**7 St. Paul Street**<br>**Baltimore, MD 21202** | **May 7, 2026** | **$700.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.43.  **Merchant Services Capital One**<br>**P.O. Box 71141**<br>**Charlotte, NC 28727-1141** | **May 11, 2026** | **$6,185.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.44.  **Comcast**<br>**P.O. Box 7020**<br>**Philadelphia, PA 19176-0219** | **May 11, 2026** | **$973.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.45.  **TASC**<br>**Client Invoices**<br>**P.O. Box 88728 Wisconsin**<br>**Milwaukee, WI 53288-0001** | **May 11, 2026** | **$117.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

Debtor **Electric Drive Transportation Association**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.46. **DC Health Link**<br>**P.O. Box 97022**<br>**Washington, DC 20090** | **May 11, 2026** | **$6,374.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.47. **Mutual Analytics, LLC**<br>**1101 Connecticut Avenue**<br>**Suite 450**<br>**Washington, DC 20036** | **May 11, 2026** | **$1,815.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.48. **Clarity**<br>**20352 Hawick Terrace**<br>**Potomac Falls, VA 20165** | **May 12, 2026** | **$50.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.49. **JPdL International, Inc.**<br>**1555 Peel St., Suite 500**<br>**Montreal, QC Canada H3A 3L8** | **May 15, 2026** | **$17,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.50. **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** | **May 26, 2026** | **$6,428.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.51. **Eye Property Owner, LLC**<br>**121 W. Trade Street**<br>**#1150**<br>**Charlotte, NC 28202** | **May 28, 2026** | **$16,677.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.52. **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | **May 29, 2026** | **$83.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.53. **Care First**<br>**P.O. Box 79749**<br>**Baltimore, MD 21279-0749** | **June 2, 2026** | **$272.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.54. **Capital One Bank Loan Services**<br>**P.O. Box 71141**<br>**Charlotte, NC 28272-1141** | **June 2, 2026** | **$1,744.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

Debtor    **Electric Drive Transportation Association**                Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.55. | **Empower Retirement Services**<br>**8515 E. Orchard Road**<br>**Greenwood Village, CO 80111** | **June 4, 2026** | **$1,797.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.56. | **Clarity**<br>**20352 Hawick Terrace**<br>**Potomac Falls, VA 20165** | **June 8, 2026** | **$50.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.57. | **Merchant Services Capital One**<br>**P.O. Box 71141**<br>**Charlotte, NC 28272-1141** | **June 9, 2026** | **$4,434.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.58. | **Mutual Analytics, LLC**<br>**1101 Connecticut Avenue**<br>**Suite 450**<br>**Washington, DC 20036** | **June 10, 2026** | **$1,815.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.59. | **Empower Retirement Services**<br>**8515 E. Orchard Road**<br>**Greenwood Village, CO 80111** | **June 17, 2026** | **$160.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ Yes. **See Addendum**

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

---

Debtor   **Electric Drive Transportation Association**   Case number *(if known)* _____

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

### Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Electric Drive Transportation Association | Case number *(if known)* |
|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Whiteford, Taylor & Preston LLC**<br>**600 North King Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **June 16, 2026** | **$20,338.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

Debtor    **Electric Drive Transportation Association**                    Case number *(if known)* _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☑ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Electric Drive Transportation 401K** | EIN:  **944231-01** |

      Has the plan been terminated?
      ☑ No
      ☐ Yes

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **Electric Drive Transportation Association**    Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Emory Oney**<br>**Electric Drive Transportation Association**<br>**1250 I Street NW, Suite 902**<br>**Washington, DC 20005** | **March 29, 2010 - Present** |
| 26a.2.    **Weldie + Associates**<br>**11804 Ivanhoe Street**<br>**Silver Spring, MD 20902** | **March 29, 2010 - Present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

Debtor   **Electric Drive Transportation Association**                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Calibre CPA Group**<br>**7501 Wisconsin Avenue**<br>**Suite 1200 West**<br>**Bethesda, MD 20814** | **June 30, 2005 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Emory Oney**<br>**Electric Drive Transportation Association**<br>**1250 I Street NW, Suite 902**<br>**Washington, DC 20005** | |
| 26c.2.  **Weldie + Associates**<br>**11804 Ivanhoe Street**<br>**Silver Spring, MD 20902** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Capital One Bank**<br>**P.O. Box 21141**<br>**Charlotte, NC 28272-1141** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Addendum** | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See Addendum** | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    Electric Drive Transportation Association                    Case number _(if known)_

loans, credits on loans, stock redemptions, and options exercised?

    ☐ No

    ☑ Yes. See Addendum

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

    ☑ No

    ☐ Yes. Identify below

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

    ☑ No

    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     July 8 2026

Signature of individual signing on behalf of the debtor      Genevieve Cullen
                                            Printed name

Position or relationship to debtor     President

Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?

    ☐ No

    ☑ Yes

STATEMENT OF FINANCIAL AFFIARS
Payments within 1 year
Part 2 - Item 4

ELECTRIC DRIVE TRANSPORTATION ASSOCIATION

**Payroll summary report**

**From Mar 01, 2025 to Jun 26, 2026 for Cullen- Emp, Genevieve  from all locations**

| Pay date | Pay period | Name | Hours | Gross pay | Pretax deductions | Employee taxes | Net pay | Employer taxes | Company contributions | Total payroll cost | Pay method |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2026 | 05/23/2026 - 06/05/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 372.33 | $ 138.06 | $ 5,112.35 | Direct deposit |
| 05/22/2026 | 05/09/2026 - 05/22/2026 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 786.19 | -$ 957.40 | $ 2,908.37 | $ 372.32 | $ 138.06 | $ 5,162.34 | Direct deposit |
| 05/08/2026 | 04/25/2026 - 05/08/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 372.33 | $ 138.06 | $ 5,112.35 | Direct deposit |
| 04/10/2026 | 03/28/2026 - 04/10/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.39 | $ 2,858.38 | $ 372.31 | $ 138.06 | $ 5,112.33 | Direct deposit |
| 03/13/2026 | 02/28/2026 - 03/13/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 372.33 | $ 138.06 | $ 5,112.35 | Direct deposit |
| 02/27/2026 | 02/14/2026 - 02/27/2026 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 786.19 | -$ 957.40 | $ 2,908.37 | $ 372.32 | $ 138.06 | $ 5,162.34 | Direct deposit |
| 02/13/2026 | 01/31/2026 - 02/13/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.39 | $ 2,858.38 | $ 372.32 | $ 138.06 | $ 5,112.34 | Direct deposit |
| 01/30/2026 | 01/17/2026 - 01/30/2026 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 786.19 | -$ 957.39 | $ 2,908.38 | $ 372.31 | $ 138.06 | $ 5,162.33 | Direct deposit |
| 01/16/2026 | 01/03/2026 - 01/16/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 464.69 | $ 138.06 | $ 5,204.71 | Direct deposit |
| 01/02/2026 | 12/20/2025 - 01/02/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 468.96 | $ 138.06 | $ 5,208.98 | Direct deposit |
| 12/05/2025 | 11/22/2025 - 12/05/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 974.47 | $ 2,841.30 | $ 372.32 | $ 138.06 | $ 5,112.34 | Direct deposit |
| 11/21/2025 | 11/08/2025 - 11/21/2025 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 798.76 | -$ 969.70 | $ 2,883.50 | $ 371.36 | $ 138.06 | $ 5,161.38 | Direct deposit |
| 11/07/2025 | 10/25/2025 - 11/07/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.70 | $ 2,833.50 | $ 371.37 | $ 138.06 | $ 5,111.39 | Direct deposit |
| 10/10/2025 | 09/27/2025 - 10/10/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.69 | $ 2,833.51 | $ 371.35 | $ 138.06 | $ 5,111.37 | Direct deposit |
| 09/26/2025 | 09/13/2025 - 09/26/2025 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 798.76 | -$ 969.70 | $ 2,883.50 | $ 371.36 | $ 138.06 | $ 5,161.38 | Direct deposit |
| 09/12/2025 | 08/30/2025 - 09/12/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.69 | $ 2,833.51 | $ 371.36 | $ 138.06 | $ 5,111.38 | Direct deposit |
| 08/29/2025 | 08/16/2025 - 08/29/2025 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 798.76 | -$ 969.69 | $ 2,883.51 | $ 371.35 | $ 138.06 | $ 5,161.37 | Direct deposit |
| 08/15/2025 | 08/02/2025 - 08/15/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.70 | $ 2,833.50 | $ 371.37 | $ 138.06 | $ 5,111.39 | Direct deposit |
| 08/01/2025 | 07/19/2025 - 08/01/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.69 | $ 2,833.51 | $ 371.35 | $ 138.06 | $ 5,111.37 | Direct deposit |
| 04/25/2025 | 04/12/2025 - 04/25/2025 | Cullen- Emp, Genevieve | 80 | $ 9,253.91 | -$ 798.76 | -$ 2,795.78 | $ 5,659.37 | $ 757.93 | $ 276.12 | $ 10,287.96 | Direct deposit |
| 04/11/2025 | 03/29/2025 - 04/11/2025 | Cullen- Emp, Genevieve | 80 | $ 9,203.91 | -$ 724.92 | -$ 2,825.43 | $ 5,653.56 | $ 763.57 | $ 276.12 | $ 10,243.60 | Direct deposit |
| 03/28/2025 | 03/15/2025 - 03/28/2025 | Cullen- Emp, Genevieve | 80 | $ 9,253.91 | -$ 807.99 | -$ 2,792.08 | $ 5,653.84 | $ 757.22 | $ 276.12 | $ 10,287.25 | Direct deposit |
| 03/14/2025 | 03/01/2025 - 03/14/2025 | Cullen- Emp, Genevieve | 80 | $ 9,203.91 | -$ 807.99 | -$ 2,792.08 | $ 5,603.84 | $ 757.22 | $ 276.12 | $ 10,237.25 | Direct deposit |
| **Total** | | | **1840** | **$ 124,652.88** | **-$ 18,177.83** | **-$ 29,511.37** | **$ 76,963.68** | **$ 10,291.35** | **$ 3,727.62** | **$ 138,671.85** | |

1

**STATEMENT OF FINANCIAL AFFAIRS**
**List of Debtor's Current Officers**
**Part 13 – Item 28**

**EDTA Board of Directors June 2026**

Christopher Hess (Treasurer)
Mail Code 4T
1000 Eaton Blvd
Cleveland, OH 44122

Andre Welch (Chair 2024-2025)
Ford Motor Company
One American Road
WHQ/217-E6
Dearborn, MI 48126

Chad Stine
CenterPoint Energy
1111 Louisiana St.
Houston, TX 77002

1

**STATEMENT OF FINANCIAL AFFAIRS**
**List of Debtor's Former Officers**
**Part 13 – Item 29**


**June 2026 Board**

Eaton Corporation, Board member since 2010
     Christopher Hess (Treasurer 2024 - 2026)
Walmart (Joined Board 2024)
     Matthew Nelson, Rep 2024 -2026
Toyota Motor Company (Board member company since 1995) - Resigned from Board 7/2/2026
     Peter Patterson Board representative since 2021
Edison Electric Institute (Board Member company since 1995)
     Kellen Schefter (rep since 2023)
CenterPoint Energy (Board member company since 2009)
     Chad Stine (rep since 2025)
Ford Motor Company (Board Member company since 2007)
     Andre Welch (Executive Committee; Chair -February 2024-February 25)
Southern Company ( Board Member company since 2007)
     VACANT SEAT/
     Previously Lincoln Wood (Executive Committee, February 25 – April 2026;
     Chair Feb 2025-April 2026)


**EDTA Board of Directors February 2025**

Exelon Corporation – Board member since 1995 (formerly Pepco)
     Christopher Budzynski, Board rep 2024-2025
 BorgWarner - 2020 (?)
     John Charters, Board rep 2024-2026
General Motors,  Board member since 1995
     Joe Guzzo, Board rep 2025-2025
Eaton Corporation -see above
     Christopher Hess (Treasurer since 2024)
Walmart 2024
     Matthew Nelson - see above
Toyota Motor Company
     Peter Patterson - see above
Edison Electric Institute 1995
     Kellen Schefter - see above
CPS Energy  (Board member 2020 -2025)
     Valerie Von Schramm, Board rep 2020-2025

1

Florida Power & Light Company- Board Member 2011-2026
> Crystal Stiles, Board Rep – 2021- 2025

CenterPoint Energy - see above
> Chad Stine

Ford Motor Company
> Andre Welch (Chair -February 2024-February 25; Executive Committee)

Southern Company
> Lincoln Wood (Executive Committee February 25 – April 2026)

Nissan North America (Board since 2011)
> Tracy Woodard (Board rep 2011- 2025)

STATEMENT OF FINANCIAL AFFIARS
Payments within 1 year
Part 13 - Item 30

ELECTRIC DRIVE TRANSPORTATION ASSOCIATION

**Payroll summary report**

**From Mar 01, 2025 to Jun 26, 2026 for Cullen- Emp, Genevieve  from all locations**

| Pay date | Pay period | Name | Hours | Gross pay | Pretax deductions | Employee taxes | Net pay | Employer taxes | Company contributions | Total payroll cost | Pay method |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2026 | 05/23/2026 - 06/05/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 372.33 | $ 138.06 | $ 5,112.35 | Direct deposit |
| 05/22/2026 | 05/09/2026 - 05/22/2026 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 786.19 | -$ 957.40 | $ 2,908.37 | $ 372.32 | $ 138.06 | $ 5,162.34 | Direct deposit |
| 05/08/2026 | 04/25/2026 - 05/08/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 372.33 | $ 138.06 | $ 5,112.35 | Direct deposit |
| 04/10/2026 | 03/28/2026 - 04/10/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.39 | $ 2,858.38 | $ 372.31 | $ 138.06 | $ 5,112.33 | Direct deposit |
| 03/13/2026 | 02/28/2026 - 03/13/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 372.33 | $ 138.06 | $ 5,112.35 | Direct deposit |
| 02/27/2026 | 02/14/2026 - 02/27/2026 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 786.19 | -$ 957.40 | $ 2,908.37 | $ 372.32 | $ 138.06 | $ 5,162.34 | Direct deposit |
| 02/13/2026 | 01/31/2026 - 02/13/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.39 | $ 2,858.38 | $ 372.32 | $ 138.06 | $ 5,112.34 | Direct deposit |
| 01/30/2026 | 01/17/2026 - 01/30/2026 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 786.19 | -$ 957.39 | $ 2,908.38 | $ 372.31 | $ 138.06 | $ 5,162.33 | Direct deposit |
| 01/16/2026 | 01/03/2026 - 01/16/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 464.69 | $ 138.06 | $ 5,204.71 | Direct deposit |
| 01/02/2026 | 12/20/2025 - 01/02/2026 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 957.40 | $ 2,858.37 | $ 468.96 | $ 138.06 | $ 5,208.98 | Direct deposit |
| 12/05/2025 | 11/22/2025 - 12/05/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 786.19 | -$ 974.47 | $ 2,841.30 | $ 372.32 | $ 138.06 | $ 5,112.34 | Direct deposit |
| 11/21/2025 | 11/08/2025 - 11/21/2025 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 798.76 | -$ 969.70 | $ 2,883.50 | $ 371.36 | $ 138.06 | $ 5,161.38 | Direct deposit |
| 11/07/2025 | 10/25/2025 - 11/07/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.70 | $ 2,833.50 | $ 371.37 | $ 138.06 | $ 5,111.39 | Direct deposit |
| 10/10/2025 | 09/27/2025 - 10/10/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.69 | $ 2,833.51 | $ 371.35 | $ 138.06 | $ 5,111.37 | Direct deposit |
| 09/26/2025 | 09/13/2025 - 09/26/2025 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 798.76 | -$ 969.70 | $ 2,883.50 | $ 371.36 | $ 138.06 | $ 5,161.38 | Direct deposit |
| 09/12/2025 | 08/30/2025 - 09/12/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.69 | $ 2,833.51 | $ 371.36 | $ 138.06 | $ 5,111.38 | Direct deposit |
| 08/29/2025 | 08/16/2025 - 08/29/2025 | Cullen- Emp, Genevieve | 80 | $ 4,651.96 | -$ 798.76 | -$ 969.69 | $ 2,883.51 | $ 371.35 | $ 138.06 | $ 5,161.37 | Direct deposit |
| 08/15/2025 | 08/02/2025 - 08/15/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.70 | $ 2,833.50 | $ 371.37 | $ 138.06 | $ 5,111.39 | Direct deposit |
| 08/01/2025 | 07/19/2025 - 08/01/2025 | Cullen- Emp, Genevieve | 80 | $ 4,601.96 | -$ 798.76 | -$ 969.69 | $ 2,833.51 | $ 371.35 | $ 138.06 | $ 5,111.37 | Direct deposit |
| 04/25/2025 | 04/12/2025 - 04/25/2025 | Cullen- Emp, Genevieve | 80 | $ 9,253.91 | -$ 798.76 | -$ 2,795.78 | $ 5,659.37 | $ 757.93 | $ 276.12 | $ 10,287.96 | Direct deposit |
| 04/11/2025 | 03/29/2025 - 04/11/2025 | Cullen- Emp, Genevieve | 80 | $ 9,203.91 | -$ 724.92 | -$ 2,825.43 | $ 5,653.56 | $ 763.57 | $ 276.12 | $ 10,243.60 | Direct deposit |
| 03/28/2025 | 03/15/2025 - 03/28/2025 | Cullen- Emp, Genevieve | 80 | $ 9,253.91 | -$ 807.99 | -$ 2,792.08 | $ 5,653.84 | $ 757.22 | $ 276.12 | $ 10,287.25 | Direct deposit |
| 03/14/2025 | 03/01/2025 - 03/14/2025 | Cullen- Emp, Genevieve | 80 | $ 9,203.91 | -$ 807.99 | -$ 2,792.08 | $ 5,603.84 | $ 757.22 | $ 276.12 | $ 10,237.25 | Direct deposit |
| **Total** | | | **1840** | **$ 124,652.88** | **-$ 18,177.83** | **-$ 29,511.37** | **$ 76,963.68** | **$ 10,291.35** | **$ 3,727.62** | **$ 138,671.85** | |

1

**UNANIMOUS WRITTEN CONSENT**
**OF THE**
**BOARD OF DIRECTORS**
**OF ELECTRIC DRIVE TRANSPORTATION ASSOCIATION**
**a Delaware corporation**

Effective as of June 25, 2026

The undersigned, being all members of the Board of Directors (the "Board") of Electric Drive Transportation Association (the "Corporation"), do hereby consent to, adopt and approve, ratify, and confirm by unanimous written consent, in each case pursuant to and in accordance with (a) the provisions of the Corporation's (i) certificate of incorporation and (ii) bylaws, as well as (b) the applicable provisions of the Delaware General Corporation Law, the following resolutions and authorize the taking of all actions contemplated hereby:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Corporation, and the Corporation's business on the date hereof, including the assets and liabilities of the Corporation, and the recommendations of the Corporation's legal and other advisors as to the alternatives available to the Corporation including pursing a bankruptcy proceeding for the Corporation under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Board has explored the strategic alternatives available to the Corporation and has determined that an orderly liquidation of the Corporation in a bankruptcy case under chapter 7 of the Bankruptcy Code is in the best interests of the Corporation and the Corporation's stakeholders.

NOW, THEREFORE, BE IT RESOLVED that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, employees, and other stakeholders, that the Corporation file a voluntary petition (the "Petition") with the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court") seeking relief under the provisions of chapter 7 of the Bankruptcy Code (the "Bankruptcy Case") in order to effectuate an orderly liquidation of the Corporation.

RESOLVED FURTHER, that Genevieve Cullen (the "Authorized Representative"), be, and hereby is, authorized on behalf of the Corporation to: (a) execute, verify, and file the Petition and all petitions, schedules, lists, and other papers or documents required in the Bankruptcy Case on behalf of the Corporation; (b) appear at the meeting of creditors and any other proceedings in the Bankruptcy Case as a representative of the Corporation; and (c) to take and perform any and all further actions and steps that such Authorized Representative deems necessary, desirable, and

proper in connection with the Bankruptcy Case, with a view to the successful prosecution of the Bankruptcy Case.

RESOLVED FURTHER, that the law firm of Whiteford Taylor & Preston LLP ("WTP"), as the Corporation's general bankruptcy counsel, shall be, and hereby is, authorized, empowered, and directed to represent the Corporation in connection with the Bankruptcy Case on the terms set forth in its engagement letter with the Corporation, which is hereby ratified and approved, and to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including to: (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof, any modifications to the Petition or any ancillary documents as the Authorized Representative deems necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions; (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or proper in connection with the foregoing; and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Bankruptcy Case in form or forms as the Authorized Representative may deem necessary or proper in order to effectuate the purpose of the intent of the foregoing resolution.

RESOLVED FURTHER, that the Authorized Representative be, and hereby is, authorized on behalf of the Corporation to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Representative to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Bankruptcy Case.

RESOLVED FURTHER, that any and all actions heretofore taken by any Authorized Representative or the Board in the name and on behalf of the Corporation in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*(Signatures on following pages)*

2

Docusign Envelope ID: EEE778F0-1320-8538-80B5-4946587953B0

IN WITNESS WHEREOF, the undersigned have duly executed this instrument as of the date first written above. Facsimile, scanned, electronic and counterpart signatures shall be acceptable as originals.

**BOARD OF DIRECTORS:**

_____
Eaton Corporation,
Christopher Hess

DocuSigned by:
626AC48D08054BE

_____
Toyota Motor Company,
Peter Patterson

_____
CenterPoint Energy,
Chad Stine

_____
Ford Motor Company,
Andre Welch

DocuSigned by:
CC703E1DB2E44

Acknowledged and Accepted:

**AUTHORIZED REPRESENTATIVE:**

_____
Genevieve Cullen

3

IN WITNESS WHEREOF, the undersigned have duly executed this instrument as of the date first written above. Facsimile, scanned, electronic and counterpart signatures shall be acceptable as originals.

**BOARD OF DIRECTORS:**

_____

Eaton Corporation,
Christopher Hess

_____

Toyota Motor Company,
Peter Patterson

_____

Edison Electric Institute,
Kellen Schefter

_____   6/25/2026

CenterPoint Energy,
Chad Stine

_____

Ford Motor Company,
Andre Welch

Acknowledged and Accepted:

**AUTHORIZED REPRESENTATIVE:**

3

IN WITNESS WHEREOF, the undersigned have duly executed this instrument as of the date first written above. Facsimile, scanned, electronic and counterpart signatures shall be acceptable as originals.

BOARD OF DIRECTORS:

Eaton Corporation,
Christopher Hess

*Resigned from Board of Directors July 2, 2026*
Toyota Motor Company,
Peter Patterson

CenterPoint Energy,
Chad Stine

Ford Motor Company,
Andre Welch

Acknowledged and Accepted:

AUTHORIZED REPRESENTATIVE:

Genevieve Cullen

3

**LOCAL OFFICIAL FORM 102**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re

**Electric Drive Transportation Association,**

**Case No.**

**Chapter**  **7**

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of | $ 20,338.00 |
| Filing Fees | $ 338.00 |
| Prior to the filing of this statement I have received | $ 20,338.00 |
| Balance Due | $ 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2.  The source of the compensation paid to me was:

    ■   Debtor   ☐   Other (specify):

3.  The source of compensation to be paid to me is:

    ■   Debtor   ☐   Other (specify):

4   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

    ☐   I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Representation of the debtor in adversary proceedings and other contested bankruptcy matters**

## <u>CERTIFICATION</u>

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **July  8, 2026**

**/s/ David W. Gaffey**

Signature of attorney

**David W. Gaffey**

Name, Bar Number

**Whiteford, Taylor & Preston LLP**

Firm

**3190 Fairview Park Drive**
**Suite 800**
**Falls Church, VA 22042-4510**

Address

 **703-280-3374**

Telephone

**dgaffey@whitefordlaw.com**

Email Address

# United States Bankruptcy Court
## District of District of Columbia

In re    **Electric Drive Transportation Association**                                    Case No.

Debtor(s)                     Chapter      **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Electric Drive Transportation Association**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  8, 2026**

Date

**/s/ David W. Gaffey**

**David W. Gaffey**

Signature of Attorney or Litigant

Counsel for    **Electric Drive Transportation Association**

**Whiteford, Taylor & Preston LLP**

**3190 Fairview Park Drive**
**Suite 800**
**Falls Church, VA 22042-4510**

**703-280-3374**
**dgaffey@whitefordlaw.com**

**United States Bankruptcy Court**
**District of District of Columbia**

In re    **Electric Drive Transportation Association**                                    Case No.    _____
                                                            Debtor(s)        Chapter    **7**    _____

### LIST OF CREDITORS AND MAILING MATRIX

1.    The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __28__ pages and a total of __244__ entities listed.

2.    The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:    July 8, 2026

Genevieve Cullen/President
Signer/Title

Aaron Zetwick
Address on File


ACO Insurance Group LLC
8609 Westwood Center Drive NA
Vienna, VA 22182


Adam Ebersole
Address on File


Ahu Ece Hartavi Karci
Address on File


Alberto Ayala
Address on File


Allison Lundy
Address on File


American Express
P. O. Box 1270
Newark, NJ 07101-1270


Amy Russell
Address on File


Andre Welch
Address on File

Andrew Erickson
Address on File


Ania Shah
Address on File


Anik Shrestha
Address on File


Anna Guida
Address on File


Anna Paper
Address on File


Ansis Valdovskis
Address on File


Antonina Jankowiak
Address on File


Anusha Nagesh
Address on File


Appletronic
Address on File

Asami Hoshi
Address on File


Atlas Public Policy
515 Q Street NW
Unit 2
Washington, DC 20001


Aymeric Rousseau
Address on File


Bart Sowa
Address on File


Batuhan Cinar
Address on File


Bernd Propfe
Address on File


Bernhard Wille-haussmann
Address on File


Bjoern Christensen
Address on File


Bloomberg Government
c/o BGOV LLC
731 Lexington Avenue
New York, NY 10022

Bomyeong Ko
Address on File


Breanne Preisen
Address on File


Brett Williams
Address on File


Calibre CPA Group
7501 Wisconsin Avenue
Suite 1200 West
Bethesda, MD 20814


Cameron Dolan
Address on File


Cameron Thornberry
Address on File


Capital One
PO Box 71141
Charlotte, NC 28272-1141


Care First
PO Box 70250
Philadelphia, PA 19176-0250


Cassie Burger
Address on File

Cat Plein
Address on File


Center for Sustainable Energy
3980 Sherman Street
Suite 170
San Diego, CA 92110


Cezary Jedryczka
Address on File


Chandani Gor
Address on File


Cheol Lee
Address on File


Chinchul Choi
Address on File


Chris Crockett
Address on File


Christine Carchia
Address on File


Christine Spann
Address on File

Claire Sugihara
Address on File


Comcast
PO Box 7020
Philadelphia, PA 19176-0219


Culligan Water Company
982 Waugh Chapel Way, Suite H
Gambrills, MD 21054


Daehyeon Kim
Address on File


Daisuke Gunji
Address on File


Danny Lehmann
Address on File


Daphne Dixon
Address on File


Datawatch Systems
4520 East West Highway, Suite 200
Bethesda, MD 20814


David Muller
Address on File

David Owen
Address on File


David Patterson
Address on File


David Reichmuth
Address on File


DC Health Link
PO Box 717023
Philadelphia, PA 19170-7023


Dean Case
Address on File


Dean Taylor
Address on File


Dennis Pascual
Address on File


Donghyun Kim
Address on File


Driivz
4 Ha'Harash Street
Hod HaSharon, Israel

dSPACE
50131 Pontiac Trail
Wixom, MI 48393


Eaton
1000 Eaton Blvd.
Cleveland, OH 44122


Economic Policy Strategies, Inc.
1211 G Street, SE #11
Washington, DC 20003


Eiji Kuroda
Address on File


Elizabeth Kiilu
Address on File


Elvin Ruya
Address on File


Emory Oney - V
Address on File


Emory Oney V
Address on File


Energy Holding GmbH [Miba]
Dr.-Mitterbauer-Str. 3
Laakirchen, Austria

Eric Cahill
Address on File


Eric Campbell
Address on File


Eric Van Voorden
Address on File


Ernesto Donnadieu
Address on File


Eunil Seo
Address on File


Evgenii Genov
Address on File


Eye Property Owner, LLC
121 W. Trade Street
Charlotte, NC 28202


FractalEV
170 Columbus St. W. Suite 6
Waterloo, ONT Canada N2L 3L3


Fred Garver
Address on File

Fredrick Oloo
Address on File


Gary Horvat
Address on File


Genevieve Cullen
Address on File


Genevieve Cullen / Promissory Note
Address on File


George Kopf
Address on File


George Mccue
Address on File


Gloquadtech Co. Ltd.
6F, 111, Anyang-ro, Manan-gu,
Anyang-si, Gyeonggi-do, So. Korea 14093


Guardian
PO Box 26050
Lehigh Valley, PA 18002-6050


Hajo Ribberink
Address on File

Hans Pohl
Address on File


Happyrun Co. Ltd
A03, 15th Floor, Building 1, Yicheng Hua
Community, Longhua Street, Longhua Distr
Shenzhen, China 518100


Harm Weken
Address on File


Haru Ichikawa
Address on File


Haruhito Mori
Address on File


Heather Khuraibet
Address on File


Heeyun Lee
Address on File


Helena Lee
Address on File


Hesham Albahri
Address on File

Hirokazu Koseki
Address on File


Hironobu Kiuchi
Address on File


Hiroyuki Komatsu
Address on File


Hyatt Regency Long Beach
200 S Pine Ave.
Long Beach, CA 90802


Hyunseok Yu
Address on File


Idries Urkens
Address on File


IPERS Eye Street NW-DC, Inc.
c/o RREEF
4550 Montgomery Avenue
Suite 1100
Bethesda, MD 20814


Jaejoon Lee
Address on File


Jaeyun Jung
Address on File

James Mater
Address on File


Japan Automobile Research Institute (JAR
1 - 30, Siba-Daimon 1 - chome
Tokyo / Minato-ku, Japan   105-0012


Jason Harper
Address on File


Jea Hyung Lee
Address on File


Jean Chu
Address on File


Jean Paul Zalaquett
Address on File


Jehwi Yeon
Address on File


Jennifer Mbugua
Address on File


Jeremy Bibeau
Address on File

Jiwon Im
Address on File


Jiye Choi
Address on File


Joao Soares
Address on File


John Markowitz
Address on File


John Mclean
Address on File


John Wesley Heaton
Address on File


Jongchan An
Address on File


Jonghoon Kim
Address on File


JPdL International, Inc.
1555 Peel Street
Suite 500
Montreal, PQ  Canada H3A 3L8

Junguk Lee
Address on File

Junhyeok Jeong
Address on File

Kandee Bahr Worley
Address on File

Karim Hamza
Address on File

Karina  Alejandra Hinojosa Taomori
Address on File

Katelyn Lee
Address on File

Katherine Houston
Address on File

Katie Cox
Address on File

Kazuya Yamamoto
Address on File

Keith Beckstead
Address on File


Keith Bradis
Address on File


Kenji Nagumo
Address on File


Kevin Wood
Address on File


Klaus Payrhuber
Address on File


Koh Narukawa
Address on File


Koralle Buch
Address on File


Kwon Taegyung
Address on File


Kyung-ho Kim
Address on File

Leela Rao
Address on File


Lincoln Wood
Address on File


Long Beach Convention
  & Entertainment Center
300 E. Ocean Blvd.
Long Beach, CA 90802


Marianne Solhaug Moelmen
Address on File


Mario Hirz
Address on File


Mark Simon
Address on File


Mark Stoker
Address on File


Matt Bradley
Address on File


Matthew Jeffers
Address on File

Matthew Metz
Address on File


MDPI
Grosspeteranlage 3, 4052
Switzerland 4052


Meryem Ahouad
Address on File


Michael Ippoliti
Address on File


Michelle Kiley
Address on File


Michelle Mosquera
Address on File


Minhyeok Kim
Address on File


Minju Sim
Address on File


Minsu Kim
Address on File

Mitchell Marks
Address on File


Miyoung Lee
Address on File


Mohammad Mehdi Oshanreh
Address on File


Mutual Analytics, LLC
1101 Connecticut Avenue
Suite 450
Washington, DC 20036


Naga Nithin Manne
Address on File


Namdoo Kim
Address on File


Namwook Kim
Address on File


Nauticon Office Solutions
15878 Gaither Drive
Gaithersburg, MD 20877


Nicholas Pallonetti
Address on File

Niclas Benjamin Klein
Address on File


Nicole Halpin
Address on File


Nikolaas Van Den Steen
Address on File


Osamu Shimizu
Address on File


Ouadii Ouledboutaarija
Address on File


Patrick Ploetz
Address on File


Paul Vigener
Address on File


Pere Francino
Address on File


Philip Jones
Address on File

Politico LLC
PO Box 419342
Boston, MA 02241-9342


Politico Media Group Holding Inc.
Attn: Jennifer Hurley
1000 Wilson Blvd
8th Floor
Arlington, VA 22209


Ramona Stumberger
Address on File


Reik Laubenstein
Address on File


Renee Moilanen
Address on File


Richelle Johnson
Address on File


Robert Francis
Address on File


Roberto Ruiz Audeves
Address on File


Ronoh Jonathan
Address on File

Rose Szoke
Address on File


Rudolf Davidoff
Address on File


Salim Youssefzadeh
Address on File


Sangryuk Lee
Address on File


Sanjeev Singh
Address on File


Sara Rafalson
Address on File


Sarah Roeck
Address on File


Schaltbau North America
225 Oser Ave
Hauppauge, NY 11788


Scott Hardman
Address on File

Seojin Kim
Address on File


Seongju Kim
Address on File


Seongkyu Lee
Address on File


Septaris Parhusip
Address on File


Seung Gyu Hwang
Address on File


Seungyeon Ryu
Address on File


Seyoung Jeong
Address on File


Shantelle Dreamer
Address on File


Shenzhen Infypower Co. Ltd
No. 1 Building, Linoya Industrial Park
Tangtou No. 1 Road, Shlyan, Bao'an Distr
Shenzhen, China

Shicong Ding
Address on File


Shouai Wang
Address on File


Shuhan Song
Address on File


Silas Sanga
Address on File


Somyeong Park
Address on File


Stefenie Griggs
Address on File


Sujin Ko
Address on File


Sung Ho Hwang
Address on File


Sungjun Lee
Address on File

Sunil Kumar Chippa
Address on File

Suyin Corporation
20380 Town Center Lane, Ste 270
Cupertino, CA 95014

SWTCH
7 Queen Elizabeth Blvd.
Etobicoke, ONT Canada M8Z 1LB

Taehyun Gong
Address on File

Taro Aoyama
Address on File

TASC
Client Invoices
P.O. Box 88278
Milwaukee, WI 53288-0001

The Westin Long Beach
333 E Ocean Blvd
Long Beach, CA 90802

Theodora Konstantinou
Address on File

Thomas Bradley
Address on File

Ti-lane Technologies (US)
No. 6 Building North
Jiada Industrial Park, Honghu Road East
YanChuanCommunity, YanLuo Street
Guangzhou, China 518105


Til Dietrich
Address on File


Tim Coburn
Address on File


Tommaso Difonzo
Address on File


Tony Giambro
Address on File


Tristan Williams
Address on File


Unanimous, Inc.
8600 Executive Woods Dr.
Suite 300
Lincoln, NE 68512


Vanessa Perkins
Address on File


Vector North America Inc.
39500 Orchard Hill Place, #500
Novi, MI 48375

Verizon Wireless
PO Box 16810
Newark, NJ 07101-6810


Weldie And Associates
11804 Ivanhoe Street
Silver Spring, MD 20902


YAN ZHOU
Address on File


Yasunari Sakai
Address on File


Yeonseok Lee
Address on File


Yixuan Wang
Address on File


Youngmin Bae
Address on File


Yucheng (David) Liu
Address on File


Zifan Li
Address on File

Ziqi Huang
Address on File