WHITEFORD, TAYLOR & PRESTON, LLP
David W. Gaffey (Bar No. VA031)
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Phone: 703-280-3374
Email: dgaffey@whitefordlaw.com

*Counsel to Electric Drive Transportation Association*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ELECTRIC DRIVE TRANSPORTATION ASSOCIATION, | ) Case No. 26-00341 |
| | ) |
| Debtor. | ) |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO REDACT CERTAIN PERSONALLY IDENTIFIABLE INFORMATION OF NATURAL PERSONS, AND (II) GRANTING RELATED RELIEF**

The above-captioned debtor (the "Debtor"), by and through its undersigned counsel, seeks entry of an order, (i) authorizing, but not directing, the Debtor to redact certain personally identifiable information of natural persons; and (ii) granting such related relief. In support thereof, the Debtor respectfully states as follows:

**Background**

1.      Electric Drive Transportation Association (the "Debtor") is a C-6 trade association that has advocated for advanced electric drive transportation since 1989.  The Debtor uniquely represented the entire value chain of electric drive, encompassing battery, hybrid, plug-in hybrid, and fuel cell electric drive technologies and infrastructure.  Its members included vehicle and component manufacturers, electricity providers, and materials and infrastructure suppliers.

2.      The Debtor ceased operations as of Tuesday, June 30, 2026.

1

3.      On July 8, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

4.      Certain of the Debtor's creditors are natural persons, including former employees and trade show participants.  The Debtor was scheduled to host a trade show conference from June 21-24, 2026, for the Electric Vehicle Symposium in Long Beach, California.  However, due to certain circumstances affecting the world economy, attendance and sponsorships were below the level needed to run the conference without sustaining substantial losses due to penalties asserted by the hotel, catering services, and other conference vendors.  The Debtor was forced to cancel the conference at the last minute and was not able to issue refunds of registration fees and sponsorship fees to the conference attendees.

5.      The Debtor has filed the Creditor Matrix and Schedules and Statements with the personally identifiable information of natural persons redacted so that such information does not become public before the issue can be brought before the Court.

**Jurisdiction and Venue**

6.      The United States Bankruptcy Court for District of Columbia (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). The Debtor confirms its consent to the Court entering a final order in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

7.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

8.      The bases for the relief requested herein are sections 105, 107, and 521 of title 11 of the United States Code (the "Bankruptcy Code"), rules 1007, 2002, 9007, 9018 and 9037 of the

2

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 1007-1, 9037-1 and 9070-1 of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "Local Rules").

### Relief Requested

9.      The Debtor seeks entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"): (i) authorizing, but not directing, the Debtor to redact certain personally identifiable information of natural persons; and (ii) granting related relief.

### Basis for Relief

### Redaction of Personally Identifiable Information of Natural Persons Is Warranted.

10.      Section 107(c) of the Bankruptcy Code provides that the Court:

> [F]or cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property:
>
> (A)      Any means of identification . . . contained in a paper filed, or to be filed in a case under [the Bankruptcy Code].
>
> (B)      Other information contained in a paper described in subparagraph (A).

11 U.S.C. § 107(c)(1). Furthermore, Bankruptcy Rule 9037(a) authorizes the Debtor to redact certain personally identifiable information of individuals. *See* Fed. R. Bankr. P. 9037 and *see also* Local Rules 9037-1 and 9070-1(a)(6).

11.      The Debtor requests authority to redact the home addresses and e-mail addresses of natural persons, including individual creditors, from any paper filed or to be filed with the Court in this chapter 7 case; such filings include but are not limited to, the Creditor Matrix, the Schedules and Statements, and any related affidavits of service. The Debtor seeks authority to redact this information because such information could be used to perpetrate identity theft and phishing scams

3

or to locate survivors of domestic violence, harassment, or stalking. *See* 11 U .S.C. § 107(c)(1). Accordingly, in an abundance of caution, the Debtor seeks to redact the home addresses, and email addresses of all natural persons.

12.     In addition, as to any natural person living in or holding citizenship in the European Union, the Debtor seeks such authority pursuant to the General Data Protection Regulation ("GDPR"), the law governing data protection in the European Union. Failure to redact such personal data could result in claims that the GDPR has been violated.

13.     The Debtor proposes to provide an unredacted version of the Creditor Matrix, Schedules and Statements, and any other filings redacted pursuant to the proposed order to (a) the Court, (b) the United States Trustee, and (c) the Chapter 7 Trustee and its counsel. Nothing requested herein or in the proposed Order is intended to preclude a party in interest's right to file a motion requesting that the Court unseal the redacted information.

14.     Courts from various jurisdictions throughout the country have granted the relief requested herein in comparable cases. *See, e.g., In re PGX Holdings, Inc.,* No. 23-10718 (CTG) (Bankr. D. Del. July 19, 2023, ECF No. 201) (authorizing the debtors to redact the names, home addresses, and email addresses of individual customers listed on the creditor matrix, schedules and statements, and other documents filed with the court); *In re 5i02 Medical Products, Inc.,* No. 2310366 (JTD) (Bankr. D. Del. June 15, 2023, ECF No. 385) (same); *In re Cyxtera Technologies, Inc.,* No. 23-14853 (JKS) (Bankr. D.N.J. June 29, 2023, ECF No. 185) (authorizing the debtors to redact the home and email addresses of individuals listed on the creditor matrix, schedules and statements, and other documents filed with the court); *In re Bed, Bath & Beyond Inc.,* No. 23-13359 (VFP) (Bank. D.N.J. May 17, 2023, ECF No. 376) (same); *In re David's Bridal, LLC,* No. 2313131 (CMG) (Bankr. D.N.J. Apr. 17, 2023, ECF No. 73) (same); *In re FTX Trading Ltd,* No. 2211068 (JTD) (Bankr. D.

4

Del. Jan. 20, 2023, ECF No. 545) (authorizing the debtors to redact the names, addresses, and e-mail addresses of their customers from any documents filed with the court or made publicly available in the debtors' chapter 11 cases for ninety days from the entry of the final order) *In re BlockFi Inc.,* No. 22-19361 (MBK) (Bankr. D.N.J. Nov. 30, 2022, ECF No. 53) (interim order authorizing the debtors to redact the home and e-mail addresses of individuals listed on the creditor matrix, schedules and statements, or other documents filed with the court); *In re Carestream Health, Inc.,* No. 22-10778 (JKS) (Bankr. D. Del. Oct. 6, 2022, ECF No. 209) (authorizing the debtors to seal those portions of the creditor matrix, consolidated creditor list, and the lists of equity security holders that contain the residential address information of individuals); *In re Christopher & Banks Corp.,* No. 21-10269 (ABA) (Bankr. D.N.J. Jan. 15, 2021, ECF No. 48) (authorizing the debtors to redact the home addresses of individuals listed on the creditor matrix, schedules and statements, and other documents filed with the court); *In re SLT Holdco, Inc.,* No. 20¬18368 (MBK) (Bankr. D.N.J. July 13, 2020, ECF No. 74) (same).

15.     For these reasons, the Debtor respectfully submits that cause exists to authorize the Debtor to redact, pursuant to 11 U.S.C. § 107(c)(1) and Bankruptcy Rule 9037, (i) the home addresses, and e-mail addresses of natural persons listed on the Creditor Matrix, Schedules and Statements, or any other document filed with the Court, and (ii) the names, addresses, phone numbers, and email addresses of any natural person living in or holding citizenship in the European Union. Absent such relief, there is risk of making individuals more susceptible to identity theft and phishing scams and could jeopardize individual creditors who, unbeknownst to the Debtor, are survivors of domestic violence, harassment, or stalking by public filing of their home and e-mail addresses without any advance notice or opportunity to opt out or take protective measures.

**No Prior Request**

16.     No prior request for the relief sought in this motion has been made to this or any other court.

**Notice**

17.     The Debtor has provided notice of this Motion to: (a) the United States Trustee for the District of Columbia; (b) all parties receiving notices of filings in this case through the Court's CM/ECF System. The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given.

WHEREFORE, the Debtor respectfully requests that the Court enter the Order, substantially in the form attached hereto as **Exhibit A**, (i) granting the relief requested herein and (ii) granting such other relief as is just and proper.

Dated: July 8, 2026

**WHITEFORD, TAYLOR & PRESTON LLP**

/s/ *David W. Gaffey*
David W. Gaffey (Bar No. VA031)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-9260
Email: dgaffey@whitefordlaw.com

*Counsel to Electric Drive Transportation Association*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July 2026, service of the foregoing was made by the Court's CM/ECF system on all parties receiving notice thereby.

/s/ *David W. Gaffey*
David W. Gaffey

6