| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Electric Drive Transportation Association** | EIN: 52–1665058 | |
| | Name | | |
| United States Bankruptcy Court District of Columbia | United States Bankruptcy Court for the | Date case filed for chapter: | 7   7/8/26 |
| Case number: | 26–00341–ELG | | |

## Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/22

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**
**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Electric Drive Transportation Association | |
| **2. All other names used in the last 8 years** | aka EDTA | |
| **3. Address** | 1250 I Street NW Suite 902 Washington, DC 20005 | |
| **4. Debtor's attorney** Name and address | David W. Gaffey Whiteford, Taylor & Preston, LLP 3190 Fairview Drive Suite 800 Falls Church, VA 22042 | Contact phone (703) 280–3374 Email: dgaffey@whitefordlaw.com |
| **5. Bankruptcy trustee** Name and address | Morgan Fisher Law Offices of Morgan Fisher LLC 18 West St Annapolis, MD 21401 | Contact phone 410–626–6111 Email: trustee@morganfisherlaw.com |
| **6. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse 333 Constitution Ave, NW #1225 Washington, DC 20001 | Hours open: 9:00 am – 4:00 pm Monday to Friday Contact phone (202) 354–3280 Date: 7/10/26 |
| **7. Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 6, 2026 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 286 973 5076, and Passcode 5521872463, OR call 1 240–824–6174** For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1. | |
| **8. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9.** | | |

| **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**